IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTERRICK LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-820-WKW |
| | ) | [WO] |
| NURSE GUICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 24, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 22nd day of February, 2019.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE